GARY R. BASHAM (SBN 130119)
DEREK C. DECKER (SBN 232243)
BASHAM PARKER LLP
701 University Avenue, Suite 220
Sacramento, California 95825
Telephone: (916) 925-5850
Facsimile: (916) 925-5854

Attorneys for Defendants
SEARS HOLDINGS CORPORATION, erroneously sued as SEARS HOLDING CORPORATION, and
SEARS, ROEBUCK AND CO.

PHIL HIROSHIMA, ESQ.(SBN: 50758)
DEAN SCHIRMER, ESQ.(SBN: 146407)
JON DAGGETT, ESQ.(SBN: 227375)
HIROSHIMA, JACOBS, ROTH and LEWIS
1420 River Park Drive, Second Floor
Sacramento, CA 95815
Telephone: (916) 923-2223
Facsimile: (916) 929-7335

Attorneys for Plaintiff
DENNIS WARNER

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALI-ORNIA

| | |
|---|---|
| DENNIS WARNER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SEARS HOLDING CORPORATION; SEARS, ROEBUCK AND CO. and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | Case No. 08-CV-5578 SBA<br><br>**STIPULATION TO CONTINUE PRIVATE MEDIATION COMPLETION DATE AND ORDER**<br><br><br>Complaint Filed: August 8, 2008<br>Trial Date:　　None |

On May 13, 2009, the Court ordered the parties to complete Court mediation by July 7, 2009, or private mediation by August 3, 2009. The parties have agreed to engage in private mediation, and have filed a stipulation with the Court to that effect. However, due to numerous calendar conflicts for both Plaintiff and Defense counsel, the earliest available dates either side would have for depositions would be on or about July 13, 2009. Multiple depositions are needed in this matter. In order to allow sufficient time to take necessary depositions, as well as to allow time to process the information gleaned from these depositions and engage in meaningful mediation, both parties have agreed to continue the private mediation completion date for a short period of thirty (30) days, and request that the Court grant this continuance as per the stipulation below. .

　　　　　IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiff Dennis Warner ("Plaintiff") on the one hand, and counsel for Defendants Sears Holdings

Corporation and Sears Roebuck and Co. (collectively "Defendants"), on the other hand, that the private mediation completion deadline for this matter shall be extended thirty (30) days, from August 3, 2009, to September 2, 2009.

Dated: _____    BASHAM PARKER LLP

By: _____
    Gary R. Basham
    Derek C. Decker

Attorneys for Defendants
SEARS HOLDINGS CORPORATION, erroneously sued as SEARS HOLDING CORPORATION, and SEARS, ROEBUCK AND CO.

Dated: _____    HIROSHIMA, JACOBS, ROTH and LEWIS

By: _____
    Phil Hiroshima
    Dean Schirmer
    Jon Daggett

Attorneys for Plaintiff
DENNIS WARNER

## ORDER

PURSUANT TO STIPULATION by and between counsel for Plaintiff Dennis Warner ("Plaintiff") on the one hand, and counsel for Defendants Sears Holdings Corporation and Sears Roebuck and Co. (collectively "Defendants"), on the other hand, that the private mediation completion deadline for this matter shall be extended thirty (30) days, from August 3, 2009, to September 2, 2009.

**IT IS SO ORDERED:**    **UNITED STATES DISTRICT COURT**
                                           **NORTHERN DISTRICT OF CALIFORNIA**

Dated: 6/15/09    _____
                                UNITED STATES DISTRICT JUDGE